IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

2017 JAN 24 AM 10: 01
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN
FILED

REGINA WILLIAMS )
409 BARKLEY CT. )
ANTIOCH, TN. 37013 )
Name of Plaintiff(s) )
)
) Case No. 3:17- 160
v. ) (To be assigned by Clerk)
)
AMSURG )
40 BURTON HILLS BLVD. )
NASHVILLE, TN. 37215 )
Name of Defendant(s) )

## COMPLAINT

1.  State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

    THE 90 DAY STATUE FOR FILING MY SUIT HAS BEEN EXCEEDED DUE TO NOT RECEIVING MY RIGHT TO SUE PAPER WORK UNTIL 01/23/17 AFTER GOING TO EEOC TO PROVIDE ADDITIONAL INFORMATION & WAS TOLD MY CASE IS CLOSED

2.  Plaintiff, REGINA WILLIAMS resides at

    409 BARKLEY CT.                              ANTIOCH    ,
    Street address                                City

    DAVIDSON          TN       37013 , 615 878 8692
    County          State      Zip Code   Telephone Number

    (If more than one plaintiff, provide the same information for each plaintiff below.)

3. Defendant, _Amsurg_ _____ resides at
_40 Burton Hills Blvd_ , _Nashville_ ,
Street address                                    City

_Davidson_ , _TN_ , _37215_, _615-665-1783_
County            State          Zip Code    Telephone Number

(If more than one defendant, provide the same information for each defendant below.)

_____

_____

_____

4. Statement of claim. (State as briefly as possible, the facts of your case. Describe how each Defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary. Attach any documentation or exhibits in support of the complaint):

AFTER WORKING WITH AMSURG FOR 4 YEARS IN VERIFICATION DEPARTMENT THAT STARTED WITH ONLY MYSELF & GREW TO 12 EMPLOYEES WITH ME PROVIDING TRAINING & SUPPORT TO 6 EMPLOYEES INCLUDING CHANDLER GILLIAM WHO AT THE AGE 22-23 YEARS OLD WAS CHOSEN AS MY TEAM LEAD & EVENTUALLY MY SUPERVISOR. AFTER MS. GILLIAM BECAME MY SUPERVISOR SHE BEGAN TO CHANGE THE POLICIES & PROCEDURES WITHOUT EVER PUTTING THEM IN WRITING BUT ONLY GIVEN TO NEW EMPLOYEES. DUE TO CHANGES IN POLICY & PROCEDURE NOT BEING PROVIDED TO ME & NO ERROR RATES BEING OPENLY PROVIDED BOTH WERE USED AS TOOLS TO PLACE ME ON PERFORMANCE IMPROVEMENT PLAN. THAT LED TO ME BEING DISMISSED FROM MY JOB

5.  Prayers for Relief (List what you want to Court to do):

    a.  I WOULD LIKE FOR THE 90 DAY STATUE TO BE EXTENDED DUE TO NOT GETTING THE RIGHT TO SUE PAPERWORK PHYSICALLY UNTIL 01/23/17

    b.  I WOULD LIKE FOR WOMEN MY AGE (54) TO HAVE THE SAME OPPORTUNITY FOR ADVANCEMENT WITH AMSURG AS YOUNGER WOMEN DO.

    c.  I'D LIKE FOR AMSURG NOT TO BE ALLOWED TO HARASS & BULLY OTHER WOMEN.

    d.  I WANT THE COURT TO EXAMINE THE PROCESS USED BY AMSURG IN MY BEING FIRED, I FEEL IT WAS INAPPROPIATE & ILLEGAL.

I (We) hereby certify under penalty of perjury that the above Petition is true to the best of my (our) information, knowledge, and belief.

Signed this 24TH day of JANUARY , 20 17 .

Mailing Address: P.O Box 1433
Antioch, TN 37011

_Regina Williams_
(Signature of Plaintiff(s))

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 494-2016-01050 |

**Tennessee Human Rights Commission** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Regina Y. Williams** | **(615) 710-6641** | **12-31-1962** |

Street Address · City, State and ZIP Code

**409 Barkley Ct, Antioch, TN 37013**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **AMSURG** | **Unknown** | **(615) 665-1283** |

Street Address · City, State and ZIP Code

**1 Burton Hills Blvd, Ste 500, Nashville, TN 37215**

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

Street Address · City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| **06-07-2015** | **03-31-2016** |

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by the above-named employer on August 9, 2010 as a Verifications Representative. During my tenure, I have been passed over for promotion on two occasions in favor of a younger Caucasian employee, whom I had to train. I have been subjected to unwarranted discipline, harassment and intimidation on a continual basis by Christy Mannings, (Caucasian, 40s), Senior Director; Tekichia Willis (Caucasian, 30s), Director; and Chandler Gilliam (Caucasian, 20s), Supervisor. I have been placed on performance improvement plans, written up for work that was not assigned to me, subjected to different terms and conditions of employment as it relates to my work being proofed by management that no other employees are required to submit, being held responsible for changes to policies for which I am unaware, disciplined for break and lunch period violations for which the supervisor was aware. I asked to be moved out of this department to the Refund department, I trained for four days and Ms. Willis upon her return removed me from the department indicating that I was not a good fit for the department because of lack of experience in A/R, although none of the Caucasian employees in that department had A/R experience.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

MAR 31 2016

Mar 31, 2016

Date · Charging Party Signature

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 494-2016-01050 |

**Tennessee Human Rights Commission** and EEOC

*State or local Agency, if any*

I have most recently been placed on a final warning and believe that I am being targeted for discharge because I was informed that this would never be removed from my personnel file. I am in a hostile working environment, which has been expressed to Allie Lessmiller (Caucasian, 20s), Human Resources, who only directed me back to the harassers. My working conditions have become so intolerable that my health has been affected and I am now out on medical leave of absence.

I believe that I have been discriminated against because of my age (53) in violation of the Age Discrimination in Employment Act of 1967, as amended and because of my race (African American) in violation of Title VII of the Civil Rights Act of 1964, as amended.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

MAR 3 1 2016

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

Mar 31, 2016

*Date*                    *Charging Party Signature*

PRIVACY ACT STATEMENT: Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. FORM NUMBER/TITLE/DATE. EEOC Form 5, Charge of Discrimination (11/09).

2. AUTHORITY. 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. PRINCIPAL PURPOSES. The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. ROUTINE USES. This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION. Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Charge Number: 494-201-01050

Regarding the Initial Final Warning 3/18/16

Once the thirty days on PIP was completee Tekichia (director) and Chandler (supervisor) met with me and stated I have completed the PIP that I have learned how to do all the new changes and have learned the latest updated information at this point. They expressed they were proud of me since I have not made any mistakes. I stated to Chandler (supervisor)and Tekichia (director) I have learned so much and so much has change compared to the old ways when I was orginally trained. About two weeks later Tekichia (Director) called me in the office along with Chandler (supervisor) to tell me that I am on my final write up.

First, They stated I charged a patient for the wrong procedure, I was not allowed to confirmed that error as yet, I do recall having to call a patient back regarding a procedure with the wrong amount given and I corrected it with that patient.

Secondly, there was a patient that was upset yelling at me about his facility fee that I had quoted him. He was upset because he didn't want to pay anything. while he was upset I failed to mention his Anesthesia charge which is a fee that is not required for the patient to pay on the day of service due to us billing the insurance first to see if they pick up that charge. but its just extra information we provide for this particular center not all. Chandler stated I know it was hard for me to provide information to the patient while he was yelling and being mean but somehow we have to try to get it in. I didn't agree due to the patient's belligerant state of mind.

Third, my co-worker was absent March 9, when she returned to work the following day she noticed the center assigned to Brittany had not been worked on. Tiara emailed Chandler and told her that the center that was assigned to Brittany did not get done. Chandler replied to her she was sorry and that she will help her but she didn't. Tiara ask me to help her with her center. Her center was not assigned to me but I was helping her out being a team player. Tiara had already created the log and the insurances that needed to be called she typed in the notes to call insurance as a reminder to herself. On March the 14th Tiara ask me to make some insurance calls for her the next day and I stated I will. Meanwhile, I was finishing up my add-ons and othe duties on my centers. The next day. Chandler emailed me and asked why I didn't complete the center that was assign to me even though the center was actually assigned to Brittany and I was just helping out being a team player. I told Chandler the center was not assigned to me I was helping Tiara out. Tiara also, told Chanderler that she was responsible for that center not Gina because I was only helping her out.

Fourth, Tekichia and Chandler stated I sent the wrong log to the center, The 3/18 log were never sent to the center. It was sent to managment and never left the building. I sent the 3/18 Payment log instead of 3/17. which meant that the 3/18 log was just early and I realized that the 3/17 log had not been sent to proofing but was sent to the facility on time by Heather which indicates that the first log (3/17) summited by Heather was not proofed.

At this point I feel I am being Harrased placed under unnecessary stress. I have been asking for help for a while, I am the only employee that is being treated differently than the other employees in my department. My co-workers have been making mistakes and nothing is being said. for example: just the other day a patient was very upset with one my co-workers because she charged him $600 dollars for a procedure that should have been covered 100%. My co-worker that made that mistake was very rude to the patient and very loud we all heard the conversation to the point that Chandler (supervisor) had to take over the call. Once Chandler got off the phone with the patient Chandler and my co-workers was able to laugh about it. My co-worker was supposed to correct the payment log of her mistake and resend the log to the center because the procedure was for 3/18. The next day the center is calling Chandler looking for the log. because my co-worker did not

Case 3:17-cv-00160 Document 1 Filed 01/24/17 Page 7 of 30 PageID #: 7

make the correction nor did she send the log. These type of sistuation are over looked every time.

I am extremley frustrated with this process and feel badgered, belittled and stressed. There is nowhere else to turn and I'm asking for some help to deal with this situation

To: Whom It My Concern:

From: Regina Williams

Re: Proformance Improvement Plan

Date: 3/21/2016

I was required to train my current supervisor (Chandler) without training manual but by memory based on how I was trained years ago. Once Chandler was given supervisor position. Changes were made on how we verify benefits. It wasn't communicated to me until it was considered an error even though I was not made aware that change had occurred during training of new employees. The new employees was instructed not to ask me questions on verifications process only the person that trained them or supervisor . I went to Christy, Tekichia, and Chandler to let them know it's alright for them to allow new hires to ask verification process questions. It became apparent later the reason for them not wanting new hires to ask questions is because policy changes had been made that I was not aware of.

After returning from my vacation in December I realized that Altamonte had not been worked on during my absence even though I was told overtime had been worked the previous weekend. Upon trying to get caught up I received an email from Tekichia asking why Altamonte Payment Log for the next day wasn't verified and sent for proofing . The following week I was placed on Proformance Improvement Plan for December without ever having any one on ones with my supervisor to address any policy and procedures changes.  Currently, there are no written policy & procedure being provided to me during the month of December. I was not provided any one on one during December due to Chandler being absent. During January one on ones which  were done not once a week as scheduled but twice a week as a catch up measure, I received no written policy or procedure during those one on ones. But, was expected to take notes and memorize which was not very helpful. During my one on ones with Chandler which lasted about five minutes she pointed out some things which had changed recently that I have not been made aware of until Chandler presented them to me as errors.  This information should have been provided first as a learning tool before  being shown as errors, such as, having to help a patient due to be given miss information by a co-worker and due to the length of the call and researching the information took me beyond my scheduled lunch time and Chandler my supervisor had been made aware two times what need to be done because I was already past my lunch time when Chandler and I was working on that patient account.  I also feel there should have been a ramp up period time for any changes presented to me to become compliant.  After being trained to do things a certain way and during them that way for five years I would like to have had more support in transitioning into any up dates and changes being made before being put on a PIP.

The PIP was presented to me as a tool to informed me of updates on policy and procedures and that it would not be used as a stepped towards a final warning that threaten my job.  I asked if Altamonte could be given or rotated with someone else due to the amount of stress that would be involved with the amount of stress . Altamonte is the only center that is not rotated between employee's and it is well known to be the most stressful since Altomonte management had to come in an address errors made concerning  patients phone numbers being put onto the logs incorrectly.

I ask Christy to go into Refund department and be trained for a position that had come open and she agreed and I began training a week later with Nancy. After four days with Nancy Tekichia came back from time off and told me that she thought that position in Refund was not a good position for me because I have to no A/R experience. I informed her that I had  three to four years of refund experience from my previous job. I was not allowed to leave the verification department, I also was interested in customer service position that had became available and I made the department supervisor (Katrina) aware I was interested but was not able to attain that position.

I really enjoyed working for Amsurg for last five and half years. There are so many different facets of the company that I enjoy. I looked forward to fulfilling my time with Amsurg with Verification and other departments.

Charge Number: 494-2016-01050

Regarding the Second Final Warning 3/21/16

Upon returning to work 3/21/16 I was informed of an updated Second Final Waring where changes were made by the West Palm Center 3/21/16 to show that changes were made to update patient information which caused that patients information to appear to not have been verified already, however, if you go into the patients notes you can see that the patients information had been verified previously on 3/18/16. On 3/22/16 Tiara Davidson the person who works that center met with Christie Manning, Chandler Gilliam & Tekichia Willis and informed them of the changes that were made by West Palm on 3/21/16 made it appeared that Gina has not verified those patients information. (see attached email copy 3/22/16)

Case 3:17-cv-00160 Document 1 Filed 01/24/17 Page 11 of 30 PageID #: 11

3/22

*Tiara To Charley 3/22*

**Gina Williams**

**From:** Tiara Davidson
**Sent:** Tuesday, March 22, 2016 9:39 AM
**To:** Gina Williams

And I told her the ones that stated the 18th were already completed, they had just sent those back bc something like the time changed on it she twisted and made it seem like you just didn't do it so I got that cleared.

*Tiara Davidson*
*Medical Biller, Central Billing Office*

**1A Burton Hills Boulevard, Nashville, Tennessee 37215**
EMAIL tiara.davidson@amsurg.com   PHONE 615.263.5985   FAX 615.562.9190

**AMSURG**
www.amsurg.com

**Stop Colon Cancer Now**
Powered by AMSURG

1

*Amsurge has this Resume with Refund Experience*

**Regina Williams**
**409 Barkley Ct.**
**Antioch, Tn 37013**
**615-710-6641**
Reggiestafford31@gmail.com

## OBJECTIVE

To obtain a full-time position and become a valuable asset to the company while focusing on customer service.

## PROFESSIONAL WORK EXPERIENCE

**Amsurg**                                                      **August 2010 - April 2016**
**40 Burton Hills Blvd**
**Nashville, TN 37215 (615)665-1283**

Title/Duties: Verification Specialist - Verified benefits for outpatient Ambulatory Surgery Centers. Abstract clinical information from variety of medical records and assigns appropriate ICD 9 and CPT codes to patient records according to established procedures. Scheduled payment logs and maintained daily appointments. Contacted insurances to verify benefits for deductibles, coinsurance & co-pays to determine if precertification is required. Contact patients regarding their accounts and was responsible for ensuring collection of past due balances. Patients are contacted prior to their appointment to advise what their out of pocket amount will be for day of service. Collected payment for day of service. Answer patient account questions and assists in setting up alternative pay plan when necessary.

**HCA Physician Service**                                       **September 2006 - March 2010**
**2 Maryland Farms Suite 200**
**Brentwood, TN 37027 (615)373-7600**

Title/Duties: Accounts Payable/Refund Specialist - Heavy data entry of invoices and refund information for various doctor's offices and hospitals. Process approximately 350 plus vendor checks daily, which is the highest in the department without error. Work with new and temporary employee's to train on the various systems used in the Accounts Payable department.

**Kroll Background America/Contractor - Spherion**        **November 2005-September 2006**
**1900 Church Street**
**Nashville, TN 37203 615-333-0152**

Title/Duties: Verification Representative - Performed pre-employment screening for drugs, criminal activities& employment history. Along with verifying professional licenses for health services and other screeningrequired for employment. Researched specific credentials as required.

**Sprint PCS/Convergys**                                       **February 2000 - March 2005**
**445 Great Circle Drive**
**Nashville, TN 37226**

Title/Dutes: Customer Service Representative - Worked with customer accounts setting up cell phone use plans & also provided trouble shooting on customer phones to resolve specific issues.

## EDUCATION

Nashville State Community College  2010 -2011
Hume Fogg Tech 1979 -1981

# AMSURG
www.amsurg.com





**From:** Gina Williams
**Sent:** Tuesday, March 15, 2016 10:15 AM
**To:** Chandler Gilliam <Chandler.Gilliam@amsurg.com>
**Subject:** RE: Working on centers

That note was enter by Tiara she was working on that pt. while I helped her out at the end of the day. If I could have called the insurance I would have with no problem.


Thanks,

2

## Gina Williams

| | |
|---|---|
| **From:** | Chandler Gilliam |
| **Sent:** | Tuesday, March 15, 2016 10:29 AM |
| **To:** | Gina Williams |
| **Subject:** | RE: Working on centers |
| **Attachments:** | facility |

The reason I wanted to bring it to your attention is because you said that you worked this DOS this day. Email is attached.

*Thank you,*

*Chandler M. Gilliam*
*Supervisor, Central Billing Office*

**1A Burton Hills Boulevard, Nashville, Tennessee 37215**
**EMAIL** chandler.gilliam@amsurg.com  **PHONE** 615.263.5061    **FAX** 615.562.9127

1

# Employee Disciplinary Action

**Employee Name:** Gina Williams          **Date:** 3/17/2016

**Job:** Medical Biller          **Department:** CBO

**Contact Type:**   ❑ Verbal Warning     ❑ Written Warning     X   Final Written Warning

                    ❑ Termination

**Previous Contacts/History:**

On December 17, 2015, Gina was given a 30 day Performance Improvement Plan (PIP) to improve on the following duties and behaviors:
- Logs fully completed
- Add-ons completed as soon as possible
- Daily reports sent to supervisor
- Accurate patient information entered

Due to the holidays during the 30 days, it was decided to extend her PIP to February 1, 2016 to allow for more time to improve on performance issues. During this time, Gina continued to improve her work, and the PIP was extended to March 1, 2016. The PIP ended successfully on March 2, 2016.

**Reason for Contact/Current Issue:**

On March 8, 2016, Gina failed to make patient aware of the anesthesia amount when the patient asked the amount he would be billed. The CBO provides facility and anesthesia payment amounts.

On March 11, 2016, the Center Leader of 2210 Triangle Endoscopy emailed TK with concerns of what a patient was charged for an EGD. The patient was actually entered into the system as a COLON which is a charge of $841. When entered as an EGD, the charge is $644.18 which is a difference of $196.82. The patient's credit card was ran for $841, and then refunded by the center. The patient will be billed for the correct amount of $644.18. Entering the incorrect information could result in a patient being over or under charged. When a patient is under-charged, a patient may be sent a bill for the missed monies or the Center doesn't receive the full payment for the procedure. When a patient is over-charged, then they are issued a refund which is sent to the refund department to process. This particular patient was a self pay patient, meaning the procedure should have been quoted correctly.

On March 15, 2016, it was discovered that Gina did not work a center to completion when backing-up an employee. When Gina's supervisor notified her of the mistake, Gina stated that a different employee worked that account which was found to not be true based on an email Gina sent her supervisor on March 10, 2016 listing the accounts she worked that day.

On March 15, 2016, Gina failed to update notes on a patient's account that the patient met deductible. This error could lead to an overpayment by a patient and a refund being processed.

Management

On March 15, 2016, Gina sent the wrong log to a ~~Center~~ for approval. Also, for this Center, Gina did her second contacts the day before the date of service instead of two days before the date of service.

On March 15, 2015, Gina did not follow directions to call a Center for a different phone number for a patient.

On March 16, 2015, Gina went to lunch at 3:22 for an hour, and she was scheduled to work until 6:00. According to the CBO Break and Meal Period Policy, breaks should be taken prior to the last two hours of work. The staff was reminded of this policy on February 2, 2016. Gina stated that she was on the phone with an upset patient, and was unable to take a lunch at the appropriate time. Her supervisor instructed her to notify or transfer the call to her supervisor if that situation were to occur again.

*NOTE: Employee signature does not reflect agreement or disagreement and is not a requirement for enactment of discipline process.*

**Expectations:**

Gina is to immediately be more attentive to detail in her work, improve the number of errors made, and follow directions. Gina is to immediately follow the Break and Meal Period Policy, and if she is unable to take a break or meal period during the specified timeframe, she must communicate with her supervisor.

**Consequences of Non-Compliance:**

The next violation of any policy or continued poor performance will result in immediate termination.

*Employee refused to sign*
_____          _____
Signature of Employee                                              Date

*Chandler Gilham*                                         3-18-16
_____          _____
Signature of Supervisor                                             Date

*Patricia Weller*                                         3-18-16
_____          _____
Signature of Witness, if applicable                               Date

*NOTE: Employee signature does not reflect agreement or disagreement and is not a requirement for enactment of discipline process.*

*I don't agree what is said about my work habits. RS 3/18*

*NOTE: Employee signature does not reflect agreement or disagreement and is not a requirement for enactment of discipline process.*

Case 3:17-cv-00160   Document 1   Filed 01/24/17   Page 16 of 30 PageID #: 16

# Employee Disciplinary Action

**Employee Name:** Gina Williams        **Date:** 3/17/2016

**Job:** Medical Biller        **Department:** CBO

**Contact Type:** ❑ Verbal Warning    ❑ Written Warning    <u>X    Final Written Warning</u>

                ❑ Termination

**Previous Contacts/History:**

On December 17, 2015, Gina was given a 30 day Performance Improvement Plan (PIP) to improve on the following duties and behaviors:
- Logs fully completed
- Add-ons completed as soon as possible
- Daily reports sent to supervisor
- Accurate patient information entered

Due to the holidays during the 30 days, it was decided to extend her PIP to February 1, 2016 to allow for more time to improve on performance issues. During this time, Gina continued to improve her work, and the PIP was extended to March 1, 2016. The PIP ended successfully on March 2, 2016.

**Reason for Contact/Current Issue:**

On March 8, 2016, Gina failed to make patient aware of the anesthesia amount when the patient asked the amount he would be billed. The CBO provides facility and anesthesia payment amounts.

On March 11, 2016, the Center Leader of 2210 Triangle Endoscopy emailed TK with concerns of what a patient was charged for an EGD. The patient was actually entered into the system as a COLON which is a charge of $841. When entered as an EGD, the charge is $644.18 which is a difference of $196.82. The patient's credit card was ran for $841, and then refunded by the center. The patient will be billed for the correct amount of $644.18. Entering the incorrect information could result in a patient being over or under charged. When a patient is under-charged, a patient may be sent a bill for the missed monies or the Center doesn't receive the full payment for the procedure. When a patient is over-charged, then they are issued a refund which is sent to the refund department to process. This particular patient was a self pay patient, meaning the procedure should have been quoted correctly.

On March 15, 2016, it was discovered that Gina did not work a center to completion when backing-up an employee. When Gina's supervisor notified her of the mistake, Gina stated that a different employee worked that account which was found to not be true based on an email Gina sent her supervisor on March 10, 2016 listing the accounts she worked that day.

On March 15, 2016, Gina failed to update notes on a patient's account that the patient met deductible. This error could lead to an overpayment by a patient and a refund being processed.

On March 15, 2016, Gina sent the wrong log to a management for approval. Also, for this Center, Gina did her second contacts the day before the date of service instead of two days before the date of service.

On March 15, 2015, Gina did not follow directions to call a Center for a different phone number for a patient.

On March 16, 2015, Gina went to lunch at 3:22 for an hour, and she was scheduled to work until 6:00. According to the CBO Break and Meal Period Policy, breaks should be taken prior to the last two hours of work. The staff was reminded of this policy on February 2, 2016. Gina stated that she was on the phone with an upset patient, and was unable to take a lunch at the appropriate time. Her supervisor instructed her to notify or transfer the call to her supervisor if that situation were to occur again.

*NOTE: Employee signature does not reflect agreement or disagreement and is not a requirement for*

**Expectations:**

Gina is to immediately be more attentive to detail in her work, improve the number of errors made, and follow directions. Gina is to immediately follow the Break and Meal Period Policy, and if she is unable to take a break or meal period during the specified timeframe, she must communicate with her supervisor.

**Consequences of Non-Compliance:**

The next violation of any policy or continued poor performance will result in immediate termination.


**ADDENDUM – 3/21/2016**

On March 17, 2016 and March 18, 2016, Gina was responsible for calling patients at West Orange to inform them of how much they owe when they arrive for their procedure. On March 21, 2016, the Center contacted the CBO because a patient stated they did not get a call letting them know how much they owe. When CBO Management reviewed the Center, it was discovered that Gina had only called three patients out of seven patients that should have been called by the end of business on March 18, 2016.

_Employee refused to sign_        3-21-16

Signature of Employee      Date

_Chandler William_       3-21-16

Signature of Supervisor      Date

_Telicia Weeks_       3-21-16

Signature of Witness, if applicable      Date


*NOTE: Employee signature does not reflect agreement or disagreement and is not a requirement for enactment of discipline process.*

*NOTE: Employee signature does not reflect agreement or disagreement and is not a requirement for enactment of discipline process.*

Case 3:17-cv-00160   Document 1    Filed 01/24/17    Page 18 of 30 PageID #: 18

_( Policy )_

**From:** Tekichia Willis
**Sent:** Saturday, September 06, 2014 11:41 AM
**To:** Gina Williams; Nancee Thomas-Lewis; Brittney Marcinko; Chandler Barris
**Cc:** Amber Lima; Tekichia Willis
**Subject:** FW: Verifications

If you have any other special requirements that is not listed here or something different than the below please let me know. I'm trying to get the "rules" for every center figured out and put on one document to make it easier on everyone, myself included.

**Altamonte Springs- Palm Endoscopy Center**
- If patient has $ deductible with any amount remaining we collect it up to the allowable amount. Plus any co-insurance due.
- **NO** payment arrangements. All fees must be paid upfront and in full on date of service.
- Self-pay patients quote Facility and Anesthesia rate due on day of procedure.

**Salem Eye- Salem Laser and Surgery Center**
- If patient has $ deductible with any amount remaining we collect it up to the allowable amount. Plus any co-insurance due.

3

Case 3:17-cv-00160   Document 1   Filed 01/24/17   Page 19 of 30 PageID #: 19

- Dr Krause Research patients do not have to be verified.
- Self-pay patients quote Facility and Anesthesia rate due on day of procedure.

**Ft Myers- Gulf Coast Endoscopy Center**

- If patient has $1000 deductible with less than $500 met then collect the allowable. If more than $500 has been met then collect only the co-insurance.
- Patients are required to pay in full upfront for amounts less than $100. If more than $100 we can make arrangements for ½ upfront and the balance on payments.
- If patient cannot pay the amount that is less than $100 or ½ of total due if over $100 then the patient must call the center to have it approved by the doctor.

**Greensboro- Guilford Endoscopy Center**

- If patient has $1000 deductible with less than $500 met then collect the allowable. If more than $500 has been met then collect only the co-insurance.
- Request that the patient pay the due amount 2 days prior to the procedure date.
- Patients are required to pay in full 2 days prior for amounts less than $100. If more than $100 we can make arrangements for ½ and the balance on payments.

- **Do NOT push the patient to pay.** Salem does not want patients to cancel because they can't pay upfront.

## Cincinnati- University Endoscopy Center
- If patient has $ deductible with any amount remaining we collect it up to the allowable amount. Plus any co-insurance due.
- Please let me know if you have anything about payment arrangements on this center.

## Durham- Triangle Endoscopy Center
- BCBS patients are quoted the physician specialty fee. This will likely be a co-pay only.
- BCBS patients you simply state you are calling about their fee for the procedure they are having. Do not state it is for the facility fee. This is because we are collecting for the facility and practice because it is a global agreement BCBS has in NC for Durham.
- All other insurances you should state you are calling regarding the facility fee.
- Self-pay patients are quoted the full Global Fee on the BCBS allowable spreadsheet or payer grid.
- If they ask if there will be other bills then your response should be yes. For more details they would need to contact the doctor's office.
- Medicaid Fee collect $3

## Chattanooga- Digestive Disorders Endoscopy Center

4

Case 3:17-cv-00160   Document 1   Filed 01/24/17   Page 21 of 30 PageID #: 21

- If patient cannot pay the amount that is less than $100, ½ of total due if over $100, or 2 days prior to the procedure then the patient must call the center to have it approved by the doctor.
- Self-pay patients quote Facility and Anesthesia rate due on day of procedure.
- Medicaid Fee collect $3 each for Fac and Anes

**Columbia SC- Columbia Gastrointestinal Endoscopy Center**
**Columbia Northwest- Lake Murray Endoscopy Center**

- If patient cannot pay see if they can do a payment arrangement.
- **Do NOT push the patient to pay.** Columbia does not want patients to cancel because they can't pay upfront.
- Self-pay patients quote Facility and Anesthesia rate due on day of procedure.
- Medicaid Fee collect $3 each for Fac and Anes

**Medicaid Fees to collect**
- Greensboro Fac and Anes $3 each
- Columbia/Lake Fac and Anes $3 each
- Durham Fac $3
- Ft Myers No Co-pay

6



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Nashville Area Office**

220 Athens Way, Suite 350
Nashville, TN 37228-1327
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Nashville Direct Dial: (615) 736-5820
TTY (615) 736-5870
FAX (615) 736-2107
Website: www.eeoc.gov

January 23, 2017

Ms. Regina Y. Williams
409 Barkley Court
Antioch, TN 37013

Re: Regina Williams v. AMSURG
    EEOC Charge No.: 494-2016-01050

To whom it may concern:

This correspondence is pertaining to the above-referenced charge of discrimination filed with the Equal Employment Opportunity Commission on March 31, 2016. Ms. Regina Williams came to the Nashville Area Office to check the status of her charge and provide updated phone contact information. She was informed that her charge of discrimination was closed on October 5, 2016. Ms. Williams indicated that she had not received her Dismissal and Notice of Rights sent via U.S. mail. Ms. Williams was provided a copy of the original document on January 23, 2017.

v/r,

Cynthia Lamar-Johnson
Senior Federal Investigator

EEOC Form 161 (11/09)

 

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | | | |
|---|---|---|---|
| To: | Regina Y. Williams<br>409 Barkley Ct<br>Antioch, TN 37013 | From: | Nashville Area Office<br>220 Athens Way<br>Suite 350<br>Nashville, TN 37228 |

| ☐ | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 494-2016-01050 | Cynthia D. Lamar-Johnson,<br>Investigator | (615) 736-2104 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Sarah L. Smith,_
_Area Office Director_

OCT 5 - 2016

Enclosures(s)

(Date Mailed)

cc:

Robert Horton
Bass, Berry & Sims
150 3rd Avenue South, Suite 2800
Nashville, TN 37201



Enclosure with EEOC
Form 161 (11/09)



## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS  --  **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge <u>within 90 days</u> of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS  --  **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION  --  **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE  --  **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request** <u>within 6 months</u> **of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.

 

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Nashville Area Office

220 Athens Way, Suite 350
Nashville, TN 37228-1327
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Nashville Direct Dial: (615) 736-5820
TTY (615) 736-5870
FAX (615) 736-2107
Website: www.eeoc.gov

October 4, 2016

Ms. Regina Y. Williams
409 Barkley Court
Antioch, TN 37013

Re: Regina Williams v. AMSURG
EEOC Charge No.: 494-2016-01050

Dear Ms. Williams:

On August 29, 2016, your rebuttal information was received in this office. Your information was thoroughly reviewed and a complete review of the information provided by the Respondent was also reviewed again. The elements of proof are listed below and explain what has to be shown in order to constitute a violation of the law.

In order to establish a violation on a **Discipline** issue, the evidence must show in the following order of proof: 1) Charging Party belongs to a protected group; 2) Charging Party was disciplined; 3) Others not of Charging Party's group were not disciplined or were not disciplined in the same manner although they committed the same or similar infractions; and 4) Respondent cannot explain the different treatment or Respondent's articulated reason is in fact pretext for discrimination.
- Evidence shows that you belong to the protected groups under which you filed.
- Evidence shows that you were disciplined.
- No evidence has been provided which indicates that you were not disciplined in the same manner as other employees for the same or similar infraction.

In order to establish a violation on a **Harassment/Intimidation** issue, the evidence must show in the following order of proof: 1) Charging Party belongs to a protected group; 2) Charging Party has been subjected to objectionable or offensive treatment by co-workers having the effect of embarrassing, ridiculing, tormenting, bothering or coercing Charging Party because of Charging Party's group; 3) Charging Party made Respondent aware of the harassment or Respondent's management should have known through reasonable observation; 4) In spite of objectionable or offensive atmosphere, Respondent took no corrective action; and 5) Respondent cannot explain its lack of corrective action or the explanation is in fact pretext for discrimination.
- Evidence shows that you belong to the protected groups under which you filed.
- No evidence has been presented which indicates that you have been subjected to objectionable or offensive treatment by co-workers or management having the effect of embarrassing, ridiculing, tormenting, bothering or coercing you because of your race or age.
- No complaints of race or age related harassment were ever made despite the company having an established employee guideline which address harassment and retaliation. These policies also provide the manner in which you could complain locally or through a compliance hotline.

Racial harassment is unwelcome conduct that unreasonably interferes with an individual's work performance or creates an intimidating, hostile, or offensive work environment. Examples of harassing conduct include: offensive jokes, slurs, epithets or name calling, physical assaults or threats, intimidation, ridicule or mockery, insults or put-downs, offensive objects or pictures, and interference with work performance. An employer may be held liable for the harassing conduct of supervisors, coworkers, or non-employees (such as customers or business associates) over whom the employer has control. **Nothing has been presented in your rebuttal which shows that you were subjected to racial or age related harassment. Every instance of being called into a meeting was for a work related issue, with the exception of being examined to see if your clothes were acceptable for the working environment.**



In order to establish a violation on a **Promotion** issue, the evidence must show in the following order of proof: 1) Charging Party belongs to a protected group; 2) Respondent had a vacant position; 3) Charging Party applied for or expressed an interest in the position; 4) Charging Party was qualified for the position; and 5) Charging Party was not selected but a lessor qualified person not of Charging Party's group was selected.

- **Evidence shows that you belong to the protected groups under which you filed.**
- **Evidence shows that the Respondent had a vacant position.**
- **No evidence has been provided which indicates that you applied for or expressed interest to Ms. Manning for the Team Leader or Department Supervisor positions.**

The EEOC is a neutral fact finding agency that has the authority to investigate charges of discrimination against employers who are covered by the laws we enforce. Our role in an investigation is to fairly and accurately assess the allegations in the charge, review the submitted evidence and then make a finding. All evidence received from you and the Respondent is equally evaluated before a recommendation is made.

As the information you provided in your rebuttal response does not change the information already provided and a supervisory review has been conducted, please find enclosed your Dismissal and Notice of Right to Sue and Information Sheet. If you want to pursue your charge further, you will have the right to sue the employer named in your charge in U.S. District Court within 90 days from the date you receive the enclosed Notice. Please read the documents carefully. If you fail to sue within the 90 days as discussed above, your right to sue will be lost.

v/r,

Enclosure:

*Cynthia Lamar-Johnson*
Cynthia Lamar-Johnson
Senior Federal Investigator

On Aug 24, 2014 9:28 PM, "Reggie Staff" <reggiestafford31@gmail.com> wrote:

Christie

I hope this email finds you in good spirit. I wanted to address the meeting that we had on 8/20, 8//21 and 8/2 2, which were directed towards recent errors with Altamonte Springs that included entire verification's department with the exception of Chandler.

The language that was used in the meeting appeared to be directed towards me personally. I was told that the patients phone numbers had been incorrectly entered onto the collection logs which would have not allowed th e patients to be notified of any fees required on date of service. Due to Alt Springs not allowing patients to be s een without payments. It was alleged that I was the one who didn't enter the phone number correctly, when I i ndicated that Chandler was the one who created the log T.K. strongly objected because T.K. said Chandler wa s not the one who created the logs because Chandler wasn't there that day. Christie you had to ask T.K. to bring Chandler to the meeting. When Chandler entered the meeting I asked her did she remember when I brought to her attention regarding the incorrect phone numbers being enter incorrectly on previous logs Chandler admitted she was there that day and created the errors. This issue could have been verified in ICS before escalating to y ou. I then went into ICS on your computer to indicate how to verify who created the logs and you were able to see for yourself who created the errors.

2

At this point Christie this issue began to unfold right before your eyes how I was being wrongly accursed of creating this log when it was apparent that Chandler created it and T.K. could have and may have verified it already.

There have been several instances prior to today where I was accused of errors with my work that was not verified prior to being brought to your attention that ended the same way with me being vindicated of any wrong doing.

I have proactively accepted requests to support the verification department with training new hires, answering questions and being the go to person for all support. I've tried to honor these request but feel I've been undermined, discredited and made to feel my efforts are unappreciated to the point where I feel uncomfortable going forward with these responsibilities without the full support and backing of my supervisor and manager. T.K. has even requested that she sit with me during further training being done and I feel very uncomfortable with T.K. taking yet another opportunity to undermine and discredit me while at the same time making it seem everything is alright.

It was reiterated several times during the meeting that Amber is the department supervisor and although I've been given the responsibility of trainer, lead person and go to person I've never received the support and backup for these duties which has caused issues with my co-workers whom I've trained and worked with and continually tried to help.

3

Christie, as always I'm making a concerted effort to allow my efforts within the department to continue to be positive, valued, appreciated and supported.

4

Case 3:17-cv-00160   Document 1   Filed 01/24/17   Page 30 of 30 PageID #: 30