UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Regina Williams,

                Plaintiff,      Civil Action No. 17-cv-00160

v.                                Hon. Judith E. Levy

Amsurg,

                Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [16]

Before the Court is Magistrate Judge Newbern's Report and Recommendation, recommending the Court dismiss the above captioned case without prejudice for plaintiff's failure to prosecute her case. (Dkt. 16.) The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless thoroughly reviewed the Report and Recommendation, and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (Dkt. 16) is ADOPTED; and

Plaintiff's case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED

Dated: January 30, 2018         s/Judith E. Levy
                                JUDITH E. LEVY
                                United States District Judge
                                Sitting by Special Designation